

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2022

No. 04-22-00362-CV

Steve **NUNEZ**,
Appellant

v.

Alma Idalia **NUNEZ**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34916
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's notice of appeal was filed in this court on June 16, 2022. The Clerk of the Court notified appellant in writing that our records do not reflect that the filing fee in the amount of $205.00 was paid. In addition, our records contain no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. It is therefore ORDERED that appellant show cause in writing **within seven days** of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court